

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-14-00023-CR

Jesus **AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2003-CRS-000058-D4
Honorable Oscar J Hale, Jr., Judge Presiding

## O R D E R

    The Appellant's motion to appoint counsel is DENIED AS MOOT. Roberto Bali was appointed to this appeal on January 14, 2014.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court